IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. LAKE,

    Plaintiff,                   No. CIV S-05-2324 GEB CMK P

    vs.

OFFICER McKENZIE,

    Defendant.                 FINDINGS & RECOMMENDATIONS

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. Petitioner did not request authority to proceed in forma pauperis under 28 U.S.C. § 1915, nor did he submit the appropriate filing fee. This proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

        By order filed December 7, 2005, the court gave plaintiff an opportunity to submit either an application to proceed in forma pauperis or the appropriate filing fee. Plaintiff was warned that failure to comply with the court's December 7, 2005 order would result in a recommendation that his complaint be dismissed without prejudice. To date, plaintiff has failed to submit either a request to proceed in forma pauperis or the appropriate filing fee.

///

///

1

1       Based on the foregoing, IT IS RECOMMENDED that this action be dismissed
2 without prejudice for failure to comply with court orders.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P.
3 41(b).

4       These findings and recommendations are submitted to the United States District
5 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
6 days after being served with these findings and recommendations, plaintiff may file written
7 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
8 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
9 specified time may waive the right to appeal the District Court's order.  <u>See</u> <u>Martinez v. Ylst</u>, 951
10 F.2d 1153 (9th Cir. 1991).

12 DATED:  February 28, 2006.

14                                                **CRAIG M. KELLISON**
15                                                UNITED STATES MAGISTRATE JUDGE